LAWRENCE HANFGARN, Respondent, *v.* GEORGE MARK, Appellant.

(Submitted November 24, 1936; decided December 4, 1936.)

*Jesse C. Rogers* and *Sanuel Binder* for appellant.

*Reese D. Alsop et al., amici curiæ.*

*Edwin G. Jenkins* for respondent.

Appeal dismissed, with costs. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.